# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ALLAH,

*Plaintiff*

v.

BRUCE A SPANNER, JOHN POYNOR, STEVEN SULTEMEIER, DONALD R. HOLBROOK and BERNARD WARNER,

*Defendant*

Civil Action No.  2:15-CV-5077-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  IT IS ORDERED this action is DISMISSED without prejudice for failure to pay the filing fee as required by 28 U.S.C. § 1914(a).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:  November 16, 2015

CLERK OF COURT

SEAN F. McAVOY

s/ Virginia Reisenauer

*(By) Deputy Clerk*

Virginia Reisenauer